Melvin AMODEO, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee

No. 11 WAP 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM:

AND NOW, this 22nd day of August, 2017, the Order of the Commonwealth Court is hereby **AFFIRMED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Dwight L. GRAY, Jr., Petitioner

No. 141 WAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Lance B. RUCKER, Petitioner

No. 157 WAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.